IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID CARL PHELPS, | ) | 8:14CV151 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARIO PEART, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that Respondent's unopposed motion for extension of time (Filing No. 21) is granted, as follows:

1. Respondent shall have until August 14, 2015, to file a brief addressing each of Petitioner's habeas claims.

2. In all other respects, the court's progression order (Filing No. 18) shall remain unchanged.

DATED this 11th day of August, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge