IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID CARL PHELPS, | ) | 8:14CV151 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARIO PEART, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that Petitioner's unopposed motion for extension of time (Filing No. 24) is granted, as follows:

1. Petitioner shall have until October 14, 2015, to file a brief in response to Respondent's brief (Filing No. 23).

2. In all other respects, the court's progression order (Filing No. 18, as modified by Filing No. 22) shall remain unchanged.

DATED this 17th day of September, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge