IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID CARL PHELPS, | ) | 8:14CV151 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARIO PEART, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that Petitioner's unopposed motion for extension of time (Filing No. 27) is granted, as follows:

1. Petitioner shall have until November 13, 2015, to file a brief in response to Respondent's brief (Filing No. 23).

2. In all other respects, the court's progression order (Filing No. 18, as modified by Filing Nos. 22 and 26) shall remain unchanged.

DATED this 14th day of October, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge