IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DAVID CARL PHELPS, | ) | 8:14CV151 |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | ORDER |
| MARIO PEART, Warden, | ) | |
| Respondent. | ) | |

IT IS ORDERED that Petitioner's unopposed motion for extension of time (Filing No. 32) is granted, and the case shall progress as follows:

1. Petitioner shall have until March 28, 2016, to file a brief in response to Respondent's initial brief (Filing No. 23).

2. Respondent shall file a reply within 30 days after filing and service of Petitioner's brief.

3. No discovery shall be undertaken without leave of court.

4. Petitioner's motion for hearing (Filing No. 29) is deemed withdrawn, and is denied without prejudice.

DATED this 28th day of January, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge