IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID CARL PHELPS, | ) | 8:14CV151 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARIO PEART, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that Respondent's unopposed motion for extension of time (Filing No. 36) is granted, and the case shall progress as follows:

1. Respondent shall have until May 24, 2016, to reply to Petitioner's brief (Filing No. 35).

2. No discovery shall be undertaken without leave of court.

DATED this 22nd day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge